```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/27/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
YOVANNY DOMINGUEZ, *for himself and*　　　：
*on behalf of all other persons similarly situated*,　　：
　　　　　　　　　　　　　　　　　　　　　　：
　　　　　　　　　　　　　　Plaintiff,　：　　　1:20-cv-00212-GHW
　　　　　　　　　　　　　　　　　　　　　　：
　　　　　　　　-v -　　　　　　　　　：　　　ORDER
　　　　　　　　　　　　　　　　　　　　　　：
LOW OVERRUN LLC,　　　　　　　　　：
　　　　　　　　　　　　　　　　　　　　　　：
　　　　　　　　　　　　　　Defendant.　：
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

In the order scheduling the initial pretrial conference in this matter, the parties were directed to submit a joint letter via ECF and to email a joint proposed Case Management Plan and Scheduling Order to Chambers by no later than April 24, 2020. Dkt. No. 6. The Court has not received the parties' submissions. The parties are directed to submit their joint letter via ECF and to email their joint proposed Case Management Plan to Chambers forthwith, and in no event later than April 29, 2020.

　　　　SO ORDERED.

Dated: April 27, 2020
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　GREGORY H. WOODS
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge